IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN M. SOLIZ | § | |
| V. | § | CA C-06-378 |
| CORPUS CHRISTI POLICE DEPT. | § | |

### ORDER TO FILE STATEMENT REGARDING CONSENT

Defendant is ordered to file, within ten (10) days, a statement about whether it consents to the jurisdiction of a United States Magistrate Judge.  Consent may be freely withheld without adverse substantive consequences.  28 U.S.C. §636(c)(2).  The Clerk shall mail, with this order, a consent form to counsel for defendant.  If defendant does not consent, this case will be reassigned to a United States District Judge to conduct all proceedings, including the entry of final judgment.

ORDERED this 17th day of April, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE